**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ARTHUR L. HARRIS,
NEHEMIAH JEFFERSON, and
WILLIE L. JONES,**                                                      **PLAINTIFFS**

**v.**                 **Case No. 5:12-cv-00203-KGB**

**UNION PACIFIC RAILROAD COMPANY**                          **DEFENDANT**

**ORDER OF DISMISSAL**

Before the Court is the parties' joint stipulation of dismissal without prejudice (Dkt. No. 20). The parties jointly stipulate that all claims of all plaintiffs against Union Pacific Railroad Company in this action should be dismissed without prejudice. Accordingly, all claims of all plaintiffs in this action are dismissed without prejudice. Each party shall bear its own costs.

The Clerk of Court is directed to close this case.

SO ORDERED this the 9th day of July, 2013.

                                                            _____
                                                            Kristine G. Baker
                                                            United States District Judge